IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01755-WYD-CBS

LARSEN LP;
ROBERT E. LONG, TRUSTEE, TRUST A. U/W/O CHARLES F. URSCHEL, JR.;
WENDY U. LARSEN, TRUSTEE, TRUST B U/W/O CHARLES F. URSCHEL, JR.,

    Plaintiff(s),

v.

MARCELLA LARSEN, F/K/A MARCELLA LARSEN CHILSON, INDIVIDUALLY, AND AS THE TRUSTEE OF THE 1991 LARSEN IRREVOCABLE TRUST,

    Defendant(s)

RAYMOND GOTFREDSON; and
TRIM WORK SPECIALTY, INC.

    Intervenors.

---

**ORDER**

---

Upon review of Intervenors' Notice of Removal to United States District Court, filed September 8, 2005, the Court believes that there may be questions about the propriety of the removal.  Accordingly, it is ordered that any parties with objections shall file the same with the Court no later than **Friday, September 30, 2005**.

Dated:  September 16, 2005

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge