IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01755-WYD-CBS

LARSEN LP;
ROBERT E. LONG, TRUSTEE, TRUST A. U/W/O CHARLES F. URSCHEL, JR.;
WENDY U. LARSEN, TRUSTEE, TRUST B U/W/O CHARLES F. URSCHEL, JR.,

      Plaintiffs,

v.

MARCELLA LARSEN, F/K/A MARCELLA LARSEN CHILSON, INDIVIDUALLY, AND AS THE TRUSTEE OF THE 1991 LARSEN IRREVOCABLE TRUST,

      Defendants,

RAYMOND GOTFREDSON; and
TRIM WORK SPECIALTY, INC.

      Intervenors.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Vacate Deadlines in the Court's September 19, 2005, Scheduling Order [5] (filed October 17, 2005; *doc. no 12*) is **GRANTED**. The scheduling conference set for November 2, 2005, and all related deadlines are **VACATED**. It is further

      **ORDERED** that within 72 hours of receiving a decision by District Judge Daniel on the Motion to Remand, counsel shall establish a conference call with this chambers (303.844.2117) to set up a new date and time for a scheduling conference, if needed.

**DATED:**    October 20, 2005